Terry Scannell (OSB No. 853220)
terry@scannellaw.com
Christopher E. Hayes (OSB No. 093777)
chris@scannellaw.com
SCANNELLAW, LLC
7307 SW Beveland St., 200
Tigard, Oregon 97223
tel.: (503) 776-0806
 *Of Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT CUTLER and NANCY CUTLER, a married couple, and ROBERT TICE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> TYTUS HARKINS, an individual citizen of the State of Montana, JASON WHITE, an individual citizen of the State of Washington, HARTMAN WRIGHT, LLC a Washington limited liability company, HARTMAN WRIGHT GROUP, LLC a Colorado limited liability company, HARTMAN WRIGHT PROJECT MANAGEMENT LLC, a Colorado limited liability company, PLEASANT HILL MHP HOLDING, LLC, a Georgia limited liability company, and JOHN & JANE DOES, 1-10 who are either natural persons or legal entities, currently unknown to the Plaintiffs, <br><br> Defendants. | Case No: 3:18-CV-01692-IM <br><br><br><br><br><br> **VOLUNTARY DISMISSAL AS TO DEFENDANT ONE SIXTEEN GROUP, LLC** |

///

## VOLUNTARY DISMISSAL

Plaintiffs Robert Cutler, Nancy Cutler, and Robert Tice (the "Plaintiffs"), by and through their undersigned counsel, voluntarily dismiss Defendant One Sixteen Group, LLC with prejudice and without costs and fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

DATED: August 29, 2022                SCANNELLAW, LLC

By:   //s// Terry Scannell
      Terry Scannell, OSB #853220
      E: terry@scannellaw.com
      Christopher E. Hayes, OSB #093777
      E: chris@scannellaw.com
      7307 SW Beveland Street, Suite 200
      Tigard, OR 97223
      T: 503-776-0806
      *Of Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the United States District Court for the State of Oregon using the CM/ECF system.  I certify that all participants in this case who are registered CM/ECF users had service accomplished by the USDC CM/ECF system, and that if they are not registered users of this system this filing was sent via email and the US Postal Service, First Class Mail to them at their address of record listed below.

Mr. Tytus Harkins
1927 Holstein Ln
Laurel MT 59044
hartmanwright2020@gmail.com


Dated: August 29, 2022                   /s/ Terry Scannell
                                         Terry Scannell (OSB No. 853220)
                                         terry@scannellaw.com
                                         Christopher E. Hayes (OSB No. 093777)
                                         chris@scannellaw.com
                                         SCANNELLAW, LLC
                                         7307 SW Beveland St., 200
                                         Tigard, Oregon 97223
                                         tel.: (503) 776-0806
                                           *Of Attorneys for Plaintiff*

Page 1 of 1 – CERTIFICATE OF SERVICE